This cause was originally remanded to the trial court for resentencing under the appropriate provision of the Alabama Uniform Controlled Substances Act. On remand, the trial court withdrew the appellant's previous sentence and resentenced him to eight years' imprisonment. This term is within the range of sentences authorized by § 20-2-70, Code of Alabama (1975), and is less than the sentence that had been imposed on the appellant under the Habitual Felony Offender Act. See, Rainesv. State, [Ms. 7 Div. 52, Sept. 29, 1989] (Ala.Cr.App. 1989) (on return to remand); McConico v. State, 539 So.2d 1085
(Ala.Cr.App. 1988). All other issues having been previously decided by this Court, we are of the opinion that the judgment of the trial court is correct and is due to be affirmed.
OPINION EXTENDED; AFFIRMED.
All the Judges concur. *Page 1318